NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHIRE DEVELOPMENT, LLC, SHIRE PHARMACEUTICAL DEVELOPMENT, INC., COSMO TECHNOLOGIES LIMITED, NOGRA PHARMA LIMITED,**
*Plaintiffs-Appellants*

**v.**

**MYLAN PHARMACEUTICALS INC., MYLAN, INC.,**
*Defendants-Appellees*

---

2017-2268

---

Appeal from the United States District Court for the Middle District of Florida in No. 8:12-cv-01190-CEH-AEP, Judge Charlene Edwards Honeywell.

---

**JUDGMENT**

---

ELIZABETH MURPHY, Haug Partners LLP, New York, NY, argued for plaintiffs-appellants. Also represented by EDGAR HAUG, ERIKA SELLI.

DEEPRO MUKERJEE, Alston & Bird LLP, New York, NY, argued for defendants-appellees. Also represented by LANCE SODERSTROM.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| April 6, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |